**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-7224**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LACARLOS DEMOND CURETON, a/k/a Loco,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District Judge.  (0:02-cr-01173-JFA-7)

———————————

Submitted:  January 18, 2011       Decided:  January 26, 2011

———————————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lacarlos Demond Cureton, Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacarlos Demond Cureton appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Cureton, No. 0:02-cr-01173-JFA-7 (D.S.C. Aug. 25, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED